23,263-04

TRIAL COURT CAUSE NO. 10-12-13632-CR
WR-23,263-04

William Walter JoBE     IN THE 359Th DISTRICT COURT
V.
OF
K.S. "GATOR" DUNN     MONTGOMERY COUNTY
AND
MARIANE GIICK

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

AFFIDAVIT OF COMPLAINT AGAINST K.S. "GATOR" DUNN AND MARIANNE Glick FOR File 11.07 HABEAS CORPUS, AND USE Altered documents To HARM William JoBE

ON 7-20-2015 A LAWYER K.S. "GATOR" DUNN SHOWED UP To MONTGOMERY COUNTY COURT HOUSE WAS INFORMED BENCH WARRANT WAS SENT FOR William JoBE BY JudGE Hamilton CASE NO 10-12-13632-CR SHE WAS Going TO Dismiss CASE NO. 10-12-13632-CR A LADY SHERIFF FINLY GoT JudGE HAMilton To look AT MY JoBE's CRIMINAI HISTORY SHowed The JudGE 2 PRiOR D.U.I.'s CLASS C misdemeanor's CAN NOT BE USED To Make 4-30-2008 D.W.I. 10-12-13632-CR A 3Rd OR more FELONY D.W.I. ,     PRiue's

1. 1988 D.U.I. SAN JACiNTO COUNTY CASE NO. 88-253 CHARGED FOR CLASS B misdemeanor. A PERSON UNDER 21 YEARS Old "IN 1988" FiRST OFFENCE CLASS C misdemeanor FEB 27 1991 SAN JACiNTO COUNTY Dismissed DisCHARGED "CRIMINAL ACTION" BECAUSE "VOID CHARGE" Time Did NOT MATCH The CRime.

2. 1989 D.U.I. LibeRTY COUNTY CASE NO. 41572 ALSO A CLASS C misdemeanor. Dismissed As CASE NO. 18182 Also Void for CHARGING JoBE FOR CLASS B misdemeanor.

1.

K.S. "GATOR" DUNN WAS NOT ATTORNEY OF RECORD 7-21-2015 HE FILLED A HABEAS CORPUS 11.07 THIS LAWYER IS NOT MY ATTORNEY. I FULLY INFORMED THE DISTRICT ATTORNEY'S OFFICE OF THIS AND MONTGOMERY COUNTY DISTRICT CLERK AND THE 359TH DISTRICT COURT IN ALL THESE MOTIONS.

1. Mailed out 8-26-2015 LETTER TO JUDGE HAMILTON With AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS BECAUSE PRIOR D.U.I. WAS DISCHARGED C.C.P. ART 28.04 ON ARRIL 30, 2008 D.W.I. CASE NO. 10-12-13632-CR FILED BY DISTRICT CLERK SEPT. 10, 2015

2. Mailed out AUG. 20, 2015 LETTER TO DISTRICT CLERK AND OBJECTION TO THE STATE'S ANSWER TO APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FILED AUG. 25, 2015 DISTRICT CLERK.

3. APPLICANTS OPPOSED MOTION REQUESTING TO AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS: ADDED GROUNDS 4, 5, 6. IF NOT ACEPTED K.S. GATOR DUNN IS NOT William JOBES ATTORNEY. Mailed SEPT 13 2015

THEN AFTER All The MOTION'S TO The COURT TELLING THEM K.S. "GATOR" DUNN IS NOT MY ATTORNEY. K.S. "GATOR" DUNN PUT HIS NAME AS MY ATTORNEY AFTER "GATOR" DUNN KNEW AND Told BY The COURTS I HAVE Filed These MOTIONS. TELLING THEM HE IS NOT MY ATTORNEY. THIS HAS GOT TO BE AGAINST THE LAW. TODAY IS OCT 10 2015 K.S. GATOR DUNN STill HAS NOT WROTE ME OR CAlled.

2.

THEN SOMEHOW I do NOT know Could BE Possible K.S. GATOR DUNN GOT HABEAS CORPUS 11.07 SENT TO COURT OF CRIMINAL APPEALS. THIS HAS GOT TO BE AGAINST THE LAW. K.S. "GATOR" DUNN IS NOT MY ATTORNEY I AM Filing CHARGES FOR TRYING TO BE William JOBE'S ATTORNEY AFTER INFORMED SEVERAL Times IN letters And MOTIONS FROM The COURT. FILED THIS IN Court of Criminal APPEALS IN AUSTIN TEXAS

4. <u>MOTION TO With DRAW 11.07 HABeAS CORPUS And WithDRAW ATTORNEY NAME AS ATTORNEY K.S. "GATOR" DUNN.</u>

K.S. "GATOR" DUNN HAS been Fired Told He is NOT MY ATTORNEY AND NEVER HAS been MY ATTORNEY AT All Fully INFORMED Courts SEVERAL Times. And WROTE The DISTRICT ATTORNEYS OFFice. BEFORE K.S. GATOR DUNN NAME WAS PUT ON JOBE DISTRICT Clerk OFFice. THIS COMPLAINT IS AISO AGAINST MARIANNE Glick HAS AISO Called The Courts TELLING THEM SHE HAS Power of ATTORNEY OVER William JOBE SHE DOES NOT I HAVE INFORMED Mrs Glick SEVERAL Times K.S. GATOR DUNN IS NOT MY ATTORNEY. HE IS FRAMING ME And STOPed MY BENCH WARRANT 7-20-2015. BEGGED HER TO STOP CALLING Courts TELLING THEM GATOR DUNN IS William JOBE'S ATTORNEY. THIS HAS GOT TO BE AGAINST THE LAW AND NEED'S CHARGES Filed

— 3.

ON HER FOR THIS. MARIANE Glick HAS Called This ATTORNEY Told Him NOT TO CONTACT ME.

NOT TO SET ME ANY kind OF HEARING TO GIVE ME A CHANCE TO ASK JudGE HAMILTON TO Look AT MY CRiMiNAl History SEE I DO NOT HAVE A FELONY CHARGE. FOR A 4-30-2008 D.W.I.

THIS LAWYER HAS STOPed SEVERAl OF MY MoTiuns PeTiTioN FoR ExpuncTioN Record. IN CouRTs AND MY BeNCH WARRANT With AlTERED CERTified DRiViNG RECoRds MY BENCH WARRANT 7-20-2015 When He SHowed These JAN. 2013 AlTERED CERTified DRiViNG RECoRds To The CouRTs. THE LAW PENAl Code 37.10 TAMPERING With GOVERNMENT ReCoRds (a) (1) (d) (3)

USED THESE AlTERED DRiViNG RECoRds To HARM ME William WAlTER JoBE WHEN K. S. GATOR DuNN used THESE AlTERED Documents STOP JoBE BENCH WARRANT 7-20-2015.

K. S. "GATOR" DuNN Also FoRced His SElf To BE MY LAWYER TO HARM ME TO BAR ME FROM MY HabeAs CoRPus 11.07. AFTER I STOPED THE 11.07 K. S. "GATOR" DuNN FoRced The CoueTs To SEND 11.07 TO THE CouRT OF CRiMiNAl APPEals. AGAiNST MY Will.

I William WAlTER JoBE FiliNG CHARGES ON K.S. GATOR DuNN FoR FilliNG 11.07 HabeAs CoRPus HE IS NOT MY ATTORNEY AND ON MARIANE Glick TElliNG CouRTs He IS. HARMED ME VERY BAD BY FilliNG

4

11.07 Habeas Corpus

TO STOP MY BENCH WARRANT AND TAKING MY CASE OUT OF JUDGE HAMILTON 359Th COURT. AGAINST MY WILL. AND WILL NOT STOP PUSHING THIS 11.07 TO BE HEARD BY COURT OF CRIMINAL APPEALS.

## PRAYER

I PRAY The DISTRICT ATTORNEY CAN SEE THIS K.S. GATOR DUNN IS NOT William JOBE ATTORNEY. AND MARIANE GLICK DOES NOT HAVE POWER OF ATTORNEY. IF SHE DOES IT IS A ALTERED DOCUMENT USED TO HARM ME. BY SAYING SHE HIRED THIS ATTORNEY. K.S. "GATOR" DUNN IS MARIANE GLICK'S. AND K.S. GATOR DUNN NEED'S CHARGES Filed ON Him FOR USEING AITERED Gov. DocumenTS Penal Code 37.10 Tampering With GOVERNMENT RECORD (a) (1) (d) (3) USEING AITERED CERTified DRIVING RECORDs. THAT HAVE The 1988 SAN JACINTO COUNTY D.U.I. CASE NO. 88-253 Added TO DRIVING RECORD AND OR MARIANE GLICK FOR SHOWING Them TO THE D.A. OFFice TO HARM ME. NEED CHARGES PuT ON Him FOR PuTTING His NAME ON MY Clerks RECORDS AFTER SEVERAI MOTioNS Filed TEIIING THE CourT HE IS NOT MY ATTORNEY. SOMEHOW GOT THIS 11.07 Habeas CoRPus SENT TO THE COURT OF CRIMINAL APPEALS. TO HARM ME. COURT

5.

HAS GOT TO TEll K.S. GATOR DUNN THERE IS CHARGES Filed ON Him FOR Filing A 11.07 HABEAS CORPUS AGAINST William JOBE Will, AND FOR PuTTING His NAME AS MY ATTORNEY MARIANE Glick NEEDS TO BE INFORMED CHARGES HAVE BEEN Filed ON HER FOR Telling CourTS SHE Hired K.S. "GATOR" DUNN. I TOID MARIANE Glick K.S. "GATOR" DUNN Filed A 11.07 AGAINST MY Will SHE HuNG up The Phone ON ME. I Told MARIANE Glick He STOped MY BENCH WARRANT Judge Hamiton FiNlY looked AT MY CriminAl HisToRY I DO NOT HAVE 2 PRior D.U.I.s THAT ARE iN MY CHARGE. OF D.W.I. MARIANE Glick INFORMED ME SHE Called MORE Than ONE DisTRicT ATTORNEY USED AN AlTERED DRIViNG RECORD DATED JAN. 2013 HAS AN Added 1988 D.U.I. SAN JACINTO CouNTY CASE NO. 88-253 TO STOP MY MOTIONS AND BENCH WARRANT.

Some How MARIANE Glick AND K.S. GATOR DUNN CONVINCED DISTRICT ATTORNEY AND THE DISTRICT Clerk K.S. GATOR DUNN WAS MY ATTORNEY OVER MoTIONs AND leTTERS I William JOBE Filed Telling DiSTRicT Clerk, DisTRicT ATTORNEY, AND CouRT OF CRiminAl APPeals K.S. GATOR DUNN IS NOT MY ATTORNEY. BEFORe K.S. GATOR DuNN WAS EVEN ON THE DISTRICT Clerks RECOEDS. AND I WROTE A leTTER TO The 359Th DisTRict JudGE GATOR DUNN IS NOT MY ATTORNEY.

WHEREFORE, PREMISES CONSidERED. DefendANT PEAYS thAt this CouRt GRANt AFFidAvit OF COMPlAINT AGAINST K.S. "GATOR" DUNN AND MARAiNE Glick. File 11.07 HAbeAS CORPUS

6

AGAINST William JOBE'S Will.

FOR MARIANE USING A OUTDATED AITERED Power of ATTORNEY AND AITERED JAN 2013 CERTified DRIVING RECORD HelPed ATTORNEY K.S. GATOR DUNN OVER Ride MY MOTIONS I Filed AT DistRict Clerk AND DistRict ATTORNEYS OFFice TElliNG DistRict Clerks DistRict JudGE, AND DistRict ATTORNEY K.S. GATOR DUNN IS NOT MY ATTORNEY. THEN Had K.S. GATOR DUNN NAME PuT ON MY DistRict Clerks RecoRds AS MY ATTORNEY. THEN FoRced DISTRICT Clerk TO SEND A 11.07 Habeas CoRPus TO CouRT OF CRIMINAL APPeals AustiN TX. AGAINST MY Will AND SEVERAL MoTiONs Filed TElliNG CouRTs K.S. GATOR DUNN is NOT MY ATTORNEY NOT TO AcePT 11.07 Habeas CoRPus.

K.S. GATOR DUNN is ORDERED TO TAke His NAME OFF CASE 10-12-13632-ce

William W. Jobe (55)

CERTIFICATE OF SERVICE

THis is to CeRtifY thaT ON ___OCT. 12___ 2015 A TRue AND CORRELT COPY OF The Above AND FoRe— GoiNG DOCUMENT WAS SERVED ON The DistRicT ATTORNEY'S OFFice. MONTGOMERY CouNTY AND DistRicT Clerks OFFice AND The Sheriff's OFFice bY U.S. Mail

RESPELTFullY Submitted

William W. Jobe (55)

7.

UNSWORN DECLARATION PURSUANT TO 28 U.S.C. 1746

I William Walter JOBE 1692994. Am the defendant And being Presently INCARCERATed in the Texas Department of CriminAl Justice Institutional Divison At the Michael Unit. Declare undee Penalty OF PerJury That ACCORDiNG to MY belief. The facts stated in the Above AFFidavit OF ComPlainT AGAiNST K.S. GATOe DuNN And MARiANe Glick ARE True And CoRRect.

SiGNED iN this ___12___ daY OF OCT. 2015

Respectfully Submitted

William W. Jobe 55

William Waltee JOBE

William JOBE 1692994
Michael Unit
2664 FM 2054
TENNESSEE ColoNY TX. 75886

8.



**Texas Department of Public Safety**
**Criminal History Search**

USER: dpstest (16500,16500) SERVER: DPSWEB5 DATE:2/6/2015 10:10:46 AM LANG:ENGLISH (UNITED STATES)



## TxDPS CCH Name Search Record

### Search Information

| | |
|---|---|
| BATCH # | 2867288 |
| SEARCH # | 12322102 |
| SEARCH SUMMARY | JOBE,WILLIAM WALTER [1968-4-2] |
| USER NAME | DPSTEST |
| DATE | 2015-02-06T10:10:45.145418-06:00 |

*It is a crime to disseminate this record to any person or entity not authorized to receive the record. Name-based criminal history record information should not be discussed nor released to a potential subject of the record. For further information pertaining to the unauthorized obtaining, use, or disclosure of criminal history record information please review Government Code 411.085.*

### JOBE,WILLIAM (SID: 03638337)

| | |
|---|---|
| SID | 03638337 |
| DATE LAST UPDATED | 2/5/2015 |
| SEX | MALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | 5'10" |
| WEIGHT | 150 LBS |
| EYES | BLUE |
| HAIR | BROWN |
| PLACE OF BIRTH | ALL OTHERS (ANY FOREIGN COUNTRY/DEPENDEN |
| NAME(S) | JOB,WILLIAM WALTER |
| | JOBE,BILL |
| | JOBE,BILLY |
| | JOBE,WILLIAM **(PRIMARY)** |
| | JOBE,WILLIAM W |
| | JOBE,WILLIAM WALTER |
| | NOBLES,BILL |
| | NOBLES,BILLY |
| | NOBLES,MICHAEL GILBERT |
| | WALKER,STEVE |
| | WALKER,STEVEN |
| | WALKER,STEVEN DEWAYNE |
| BIRTH DATE(S) | 4/2/1968 **(PRIMARY)** |
| | 4/3/1968 |
| | 11/17/1969 |
| | 6/23/1971 |



### ARREST SUMMARY

*NO 1988 D.U.I SANJACINTO COUNTY CASE NO 88-253*

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 2/11/1989 | A | | LIBERTY CO SO LIBERTY |
| 4/27/1990 | A | | |
| 10/18/1990 | A | 0120535408 | HARRIS CO SO HOUSTON |
| 5/4/1991 | A | 0120535416 | HARRIS CO SO HOUSTON |
| 6/2/1992 | A | | |
| 1/3/1995 | A | 0008983623 | CLEVELAND PD |
| 4/30/1995 | A | 0018782345 | MONTGOMERY CO SO CONROE |
| 4/10/1996 | A | 0200661299 | DEEP EAST TX NARC TRF TF |
| 6/6/1996 | A | 9002614985 | HUMBLE PD |
| 7/15/1996 | A | 9004026738 | MONTGOMERY CO SO CONROE |
| 9/4/1996 | A | 9003322805 | HARRIS CO CONSTABLES OFFICE PCT 4 SPRING |
| 7/23/1998 | A | 0010741941 | NACOGDOCHES CO SO NACOGDOCHES |
| 2/15/2000 | A | 9004313621 | MONTGOMERY CO SO CONROE |
| 5/28/2000 | A | 900433923X | MONTGOMERY CO SO CONROE |
| 5/12/2001 | A | 9004425128 | MONTGOMERY CO SO CONROE |
| 5/18/2001 | A | 0052086097 | CLEVELAND PD |
| 6/16/2001 | A | 9004434429 | MONTGOMERY CO SO CONROE |
| 10/23/2001 | A | 903249113X | TEXAS HWY PATROL REG 2 DIST A HOUSTON |
| 2/23/2002 | A | 0054502462 | CLEVELAND PD |
| 8/9/2005 | A | 903624272X | PASADENA PD |
| 4/30/2008 | A | 9150861255 | MONTGOMERY CO SO CONROE |

*The information contained in this record reflects only information contained in the Computerized Criminal History database maintained by the Texas Department of Public Safety. Contact the contributing agency for specific or additional information regarding charges or dispositions. The contents of this record is confidential and intended for dissemination only to criminal justice agencies or other individuals or agencies authorized by law to receive criminal history record information. DPS cannot guarantee the records you obtain through this site relate to the person about whom you are seeking information. Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.*

## ARREST DATE 2/11/1989 (1 CHARGES)

← NO 1988 D.U.I. SAN JACINTO COUNTY CASE NO. 88-253

### ARREST DETAIL
ARREST DATE                    2/11/1989
SEQUENCE CODE                  A
ARRESTING AGENCY               LIBERTY CO SO LIBERTY (TX1460000)

### ARREST DATE 2/11/1989 (CHARGE *001)

**OFFENSE RECORD**
INTERNAL AGENCY PERSON NUMBER    18182
ARREST OFFENSE                   DRIVING UNDER INFLUENCE LIQUOR (54040000)
ARREST OFFENSE LITERAL           DWI

**COURT STATUS A**
COURT OFFENSE                    DRIVING UNDER INFLUENCE LIQUOR (54040000)
COURT OFFENSE LITERAL            DWI MISD
COURT DISPOSITION                CONVICTED (310)
COURT DISPOSITION DATE           3/16/1989
COURT PROBATION                  2Y

## ARREST DATE 4/27/1990 (2 CHARGES)

### ARREST DETAIL
ARREST DATE                    4/27/1990
SEQUENCE CODE                  A

### ARREST DATE 4/27/1990 (CHARGE *001)

**OFFENSE RECORD**
ARREST OFFENSE                   ARREST DATA NOT RECEIVED (00020000)
ARREST OFFENSE LITERAL           ARREST DATA NOT RECEIVED

**COURT STATUS A**
COURT OFFENSE                    ASSLT-(FREE TEXT) (13000000)
COURT OFFENSE LITERAL            AGG ASSAULT
COURT DISPOSITION                CONVICTED (310)
COURT CONFINEMENT                2Y

### ARREST DATE 4/27/1990 (CHARGE *002)

**COURT STATUS A**
COURT OFFENSE                    PUBLIC ORDER CRIMES-(FREE TEXT) (73990000)
COURT OFFENSE LITERAL            CRIMINAL MISCHIEF
COURT DISPOSITION                CONVICTED (310)
COURT CONFINEMENT                2Y
COURT PROVISION                  CONCURRENT (363)

## ARREST DATE 10/18/1990 (1 CHARGES)

### ARREST DETAIL
ARREST DATE                    10/18/1990
SEQUENCE CODE                  A
TRACKING NUMBER                0120535408
ARRESTING AGENCY               HARRIS CO SO HOUSTON (TX1010000)

### ARREST DATE 10/18/1990 (CHARGE A001)

**OFFENSE RECORD**
AGENCY                           HARRIS CO SO HOUSTON (TX1010000)
INTERNAL AGENCY PERSON NUMBER    9040918
INTERNAL AGENCY CASE NUMBER      FP2150204628
ARREST OFFENSE                   CRIM MISCH $200<$750 (29000014)
ARREST OFFENSE CITATION          28.03(B)(3)
LEVEL AND DEGREE OF OFFENSE      MISDEMEANOR - CLASS A (MA)
ARREST DISPOSITION DATE          10/18/1990

THE STATE OF TEXAS

v.

William Walter Jobe



359th District Court

NO. 10-12-13632-CR -CR
(Re-Indictment)

## INDICTMENT

| Count | Charge | DA File # | Agency # |
|---|---|---|---|
| #1 | DRIVING WHILE INTOXICATED - 3RD OR MORE Sec. 49.04; Fel. 3 ° | 08-001829.1 | 08A007538 |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 221st Judicial District Court for said County, upon their oaths present in and to said court that William Walter Jobe, hereinafter styled Defendant, on or about April 30, 2008, and before the presentment of this indictment, in the County and State aforesaid, did then and there operate a motor vehicle in a public place while the said defendant was intoxicated.

And it is further presented in and to said Court that, prior to the commission of the foregoing offense, on February 12, 1991, in Cause No. 41572, in the County Court at Law of Liberty County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated; and on September 15, 1988, in Cause No. 88-253, in the County Court at Law of San Jacinto County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated,

And the Grand Jury further presents that during the commission of the primary offense alleged above, the Defendant did then and there use or exhibit a deadly weapon, to-wit: a motor vehicle,

### Enhancement Paragraph A
And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on January 15, 2003 in the 359th District Court of Montgomery County, Texas in Cause No. 02-07-04636-CR under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count I of this Indictment.

### Enhancement Paragraph B
And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on November 22, 2002 in the 75th District Court of Liberty County, Texas in Cause No. 24235 under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count 1 and Enhancement Paragraph A of this Indictment.

3

Did Not Find Deadly Weapon True in Sentencing Phase.

Did Not Find 1988 D.u.I San Jacinto County True in Guilt/Innocent Phase